**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

**v.**                                     **4:15-cr-00188-02-KGB**

**TOMMY LEE MISTER, JR.**                                                  **DEFENDANT**

## ORDER

     Pending is defendant Tommy Lee Mister, Jr.'s motion for adjustment of sentence (Dkt. No. 98).  Mr. Mister asserts that he is entitled to a sentence reduction based on the retroactive changes to "status points" under Guideline Amendment 821.  However, Mr. Mister's sentence was based on the statutory, mandatory minimum of 120 months, not the Guidelines.

     Additionally, Mr. Mister's plea agreement provides that he "waives the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ." (Dkt. No. 57, at 3).  Therefore, as Mr. Mister knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief.  *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).

     For all of these reasons, the Court denies the motion.

     It is so ordered this 21st day of December, 2023.


_____
Kristine G. Baker
Chief United States District Judge